UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JENNIFER LAUGHLIN-DENECKE,

                                Plaintiff,

      v.                                              ORDER
                                                      07-CV-745

ITT EDUCATIONAL SERVICES, INC.,

                                Defendant.

---

      This case was referred to Magistrate Judge H. Kenneth Schroeder, Jr. pursuant to 28 U.S.C. § 636(b)(1).   Defendant filed a motion for summary judgment dismissing the complaint in its entirety.  On December 7, 2010, Magistrate Judge Schroeder filed a Report and Recommendation, recommending that defendant's motion for summary judgment be granted.

      Plaintiff filed objections to the Report and Recommendation and defendant filed a response thereto.  Oral argument on the objections was held on March 8, 2011.

      Pursuant to 28 U.S.C. § 636(b)(1), this Court must make a <u>de novo</u> determination of those portions of the Report and Recommendation to which objections have been made.  Upon a <u>de novo</u> review of the Report and Recommendation, and after reviewing the submissions and hearing argument

from the parties, the Court adopts the proposed findings of the Report and Recommendation.

Accordingly, for the reasons set forth in Magistrate Judge Schroeder's Report and Recommendation, defendant's motion for summary judgment is granted.

The Clerk of Court shall take all steps necessary to close the case.

SO ORDERED.

*s/ Richard J. Arcara*
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT JUDGE

DATED: March 24, 2011